UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE ANNUITY, PENSION, WELFARE,
TRAINING AND LABOR MANAGEMENT
COOPERATION TRUST FUNDS OF THE
INTERNATIONAL UNION OF OPERATING
ENGINEERS, *et al.*,

                     Plaintiffs,

    -against-

COASTAL ENVIRONMENTAL GROUP
INC.,

                     Defendants.
-----------------------------------------------------------------X

**ORDER ADOPTING REPORT
AND RECOMMENDATION**
18-CV-5773 (AMD) (ST)

**Ann M. Donnelly, United States District Judge:**

On October 16, 2018, the plaintiffs brought this action against Coastal Environmental Group Inc. under the Employee Retirement Income Security Act and the Labor Management Relations Act of 1847. (ECF No. 1.) In a Report and Recommendation issued on September 5, 2019, Magistrate Judge Steve Tiscione recommended that the plaintiffs' motion for default judgment be granted in part and denied in part, and that the Court enter an award to the plaintiff comprised of the following:

- $9,258.20 in the defendant's unpaid ERISA contributions;

- $2,052.23 in prejudgment interest on the defendant's unpaid ERISA contributions accruing at 6.0% annually from the end date of the respective audit periods underlying the plaintiff's claims until September 5, 2019, plus an additional $1.52 per day for each day until the District Court's entry of final judgment;

- $2,052.23 in statutory damages on the unpaid ERISA contributions as of September 5, 2019, plus an additional $1.52 per day for each day until the District Court's entry of final judgment;

- $708.80 in the defendant's unpaid non-ERISA contributions;

1

- $247.12 in prejudgment interest on the defendant's unpaid non-ERISA contributions in the amount of 9.0% annually from November 1, 2015 until September 5, 2019, plus an additional $0.18 per day for each day until the District Court's entry of final judgment;

- $2,850.00 in attorney's fees, and

- $455.00 for reimbursement of costs of filing and service of process.

(*Id.* at 37.) Judge Tiscione also recommended entering judgment against the defendant and finding it liable for unpaid contributions to all of the ERISA Funds except the Annuity Voluntary Fund because the "plaintiffs ... failed to allege that any named plaintiff is authorized to collect delinquent contributions on this fund's behalf." (*Id.* at 19.) No party has objected to Judge Tiscione's Report and Recommendation within the time prescribed by 28 U.S.C. §636(b)(1).

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Where, as here, no party has objected to the magistrate judge's recommendation, "a district court need only satisfy itself that there is no clear error on the face of the record." *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).

This Court has reviewed Judge Tiscione's meticulous and well-reasoned opinion, and finds no error. Accordingly, the plaintiff's motion for default judgment is granted in part and denied in part without prejudice. The Clerk of the Court is respectfully directed to enter an award to the plaintiff for the amount described above and close this case.

**SO ORDERED.**

                                                  s/Ann M. Donnelly
                                                  Ann M. Donnelly
                                                  United States District Judge

Dated: Brooklyn, New York
       September 23, 2019